RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendant,
Megan Yaws


MEYERS NAVE RIBACK SILVER & WILSON
Blake Phillip Loebs
Robert S. Moutrie
555 12th Street, Suite 1500
Oakland, CA 94607
Tel: 510-808-2000 Fax: 510-444-1108


PLACER COUNTY COUNSEL
Julia Reeves
175 Fulweiler Avenue
Auburn, CA 95603
Tel: 530-889-4044

Attorneys for Defendants,
Placer County, California *county government and operator of the
Placer County Sheriff's Office* and Devon Bell *Sheriff*

**FILED**

MAY 16 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. KERSHNER, an individual., <br><br> Plaintiff, <br><br> vs. <br><br> PLACER COUNTY, CALIFORNIA, a County Government and Operator of Placer County Sheriff's Office, et al., <br><br> Defendants. | Case No. 2:17-cv-02312-TLN-KJN <br><br> [~~PROPOSED~~] STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)] |

It is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff CHRISTOPHER M. KERSHNER, represented by and through his attorney of record, Patrick H. Dwyer, Defendant MEGAN YAWS, by and through her attorney of record, Jonathan B. Paul, Esq., Defendants PLACER COUNTY, CALIFORNIA and DEVON BELL, by and through their attorneys of record, Blake Phillip Loebs, Julia Reeves and Robert S. Mourtrie that the entire action is dismissed with prejudice forthwith. Each side is to bear their own attorney's fees and costs.

Dated: May 16, 2018

PATRICK H. DWYER

/s/ Patrick H. Dwyer

PATRICK H. DWYER
Attorney for Plaintiff
Christopher M. Kershner

Date: May 16, 2018

RIVERA & ASSOCIATES

/s/ Jonathan B. Paul

JONATHAN B. PAUL
GLEN A. WILLIAMS
Attorneys for Defendant,
Megan Yaws

Date: May 16, 2018

MEYERS NAVE RIBACK SILVER & WILSON

/s/ Blake Phillip Loebs

BLAKE PHILLIP LOEBS
ROBERT S. MOUTRIE
Attorneys for Defendants,
Placer County, California and Devon Bell

Date: May 16, 2018

PLACER COUNTY COUNSEL

/s/ Julia M. Reeves

JULIA REEVES
Attorneys for Defendants,
Placer County, California and Devon Bell

**IT IS SO ORDERED.**

Date: May 16, 2011

_____
Kendall J. Newman,
Magistrate Judge